Morris E. Cohen
Law Office of Morris E. Cohen, P.C.
1122 Coney Island Avenue, Suites 216-217
Brooklyn, New York 11230
Telephone: 718-859-8009
Facsimile: 718-859-3044
Email: mcohen@ipcases.com

Joseph D. Guerriero
Luv n' care, Ltd.
3030 Aurora Avenue
Monroe, Louisiana 71201
Telephone: 318-338-3603
Facsimile: 318-388-5892
Email: joed@luvncare.com

Attorneys for Plaintiff

FILED-CLERK
U.S. DISTRICT COURT

2006 DEC -1 PM 1:24

TEXAS-EASTERN

BY_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. <br><br> Plaintiff, <br><br> v. <br><br> BAMED AG, <br><br> Defendant. | Civil Action No.: 4:06cv486 <br><br><br> JURY TRIAL |

## **COMPLAINT**

Plaintiff Luv n' care, Ltd. ("Luv n' care") by and through their counsel, hereby complains against Defendant Bamed AG ("Bamed") as follows:

## BACKGROUND AND FACTS

1.  The following are Luv n' care's claims for a declaratory judgment of patent invalidity and non-infringement pursuant to 28 U.S.C. §2201 and §2202.

2.  These claims arise under the United States Patent Laws, 35 U.S.C. §1 et seq. The Court has jurisdiction over the subject matter of these counterclaims under 28 U.S.C. §1331 and §1338.

3.  Venue in proper in this judicial district for the present counterclaims under 28 U.S.C. §1391 and §1400.

4.  Plaintiff Luv n' care, Ltd. ("Luv n' care") is a corporation which is organized and existing under the laws of Louisiana, with a principal place of business at 3030 Aurora Avenue, Monroe, Louisiana 71201.

5.  Defendant Bamed AG ("Bamed") is a corporation organized and existing under the laws of Switzerland, with a place of business at Wilenstrasse 17, 8832 Wollerau, Switzerland.

6.  By letter dated November 7, 2006 and forwarded to Luv n' care, Bamed has alleged that it is the owner of U.S. Patent No. 6,514,275 B2 ("the '275 patent") and U.S. Patent No. D441,083 S ("the '083 patent") (collectively, "the Bamed patents"), and has alleged that pacifiers offered for sale by Luv n' care infringe the Bamed patents.

7.  Due to Bamed's letter, an actual controversy exists with Bamed with respect to the Bamed patents and Luv n' care's activities, giving rise to the present action. Accordingly, the present action has been filed by Luv n' care due to the invalidity and noninfringement of the Bamed patents, as set forth below.

## FIRST CAUSE OF ACTION
## PATENT INVALIDITY AND UNENFORCEABILITY

8.    The asserted claims of the Bamed patents are invalid and unenforceable as they do not

comply with the conditions and requirements for patentability set forth in the patent statutes

and regulations, 35 U.S.C. §§1-376 and 37 C.F.R. §1.1 et seq.

9.    The claims of the Bamed patents are invalid pursuant to 35 U.S.C. §102 and §103.

10.    The claims of the Bamed patents are further invalid pursuant to 35 U.S.C. §112.

11.    Upon information and belief, the claims of the Bamed patents are further unenforceable due

to Bamed's inequitable conduct before the U.S. Patent Office.

## SECOND CAUSE OF ACTION
## NONINFRINGEMENT

12.    Luv n' care has not engaged in any acts of infringement, nor directly infringed, actively

induced, or contributed to infringement, of any valid claim of the Bamed patents under 35

U.S.C. §271.

13.    Bamed is not entitled to any injunctive relief under the standards applicable thereto, nor to

any equitable relief, or to any other form of relief.

## THIRD CAUSE OF ACTION
## FAILURE TO COMPLY WITH 35 U.S.C. §287

14.    Upon information and belief, Bamed has failed to comply with the marking requirements of

35 U.S.C. §287, and is therefore precluded from requesting or recovering damages for any

alleged actions that occurred prior to any alleged date of actual notice to Luv n' care of

Bamed's claims of alleged infringement of the Bamed patents.


15.    Luv n' care reserves the right to assert any further claims, causes of action, positions and

defenses that it becomes aware of during discovery or at trial, as applicable.

## REQUEST FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Luv n' care hereby requests a jury trial in this action as to all issues of fact triable by jury.

WHEREFORE, Plaintiff Luv n' care, Ltd. hereby prays for judgment as follows:

A.  That the Bamed patents be declared invalid, void, and unenforceable, and that Luv n' care be granted a declaratory judgment of the same;

B.  That Luv n' care has not directly infringed, actively induced, or contributed to infringement of any valid claim of the Bamed patents, and has not otherwise committed any acts that constitute infringement under 35 U.S.C. §271, and that it be granted a declaratory judgment of the same;

C.  That Bamed and its counsel, officers, agents, directors, and employees, and all persons in active concert or participation with any of them, be enjoined from directly or indirectly asserting or threatening to assert the Bamed patents against Luv n' care, or any of its agents, officers, directors, employees, suppliers, or customers;

D.  That this case be deemed exceptional pursuant to 35 U.S.C. §285, that Luv n' care be awarded its reasonable attorneys' fees, costs and expenses, and that such award to Luv n' care be trebled; and,

E.  That the Court grant Luv n' care such other and further relief and damages as it may deem just and proper.

Dated: November 30, 2006                    Respectfully submitted,


Morris E. Cohen
Law Office of Morris E. Cohen, P.C.
1122 Coney Island Avenue, Suites 216-217
Brooklyn, New York 11230
Telephone:  718-859-8009
Facsimile:  718-859-3044
Email:  mcohen@ipcases.com

Joseph D. Guerriero
Luv n' care, Ltd.
3030 Aurora Avenue
Monroe, Louisiana 71201
Telephone:  318-338-3603
Facsimile:  318-388-5892
Email: joed@luvncare.com

Attorneys for Plaintiff
Luv n' care, Ltd.

4019 / 40BH

4:06CV 486

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Luv n' care, Ltd.

**DEFENDANTS**
Bamed AG

**(b)** County of Residence of First Listed Plaintiff   Ouachita Parish, LA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Switzerland
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office of Morris E. Cohen, P.C., 1122 Coney Island Avenue, Stes
216-217, Brooklyn, New York, 11230; 718-859-8009

Attorneys (If Known)

4:06W486

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC - 1 2006
WESTERN DIST. OF TEXAS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §1 et seq. (pursuant to 28 USC §2201 and 2202);
Brief description of cause:
Declaratory Judgment of Patent Invalidity and Noninfringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   11/30/2006
SIGNATURE OF ATTORNEY OF RECORD   MORRIS E. COHEN

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____