IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUV N' CARE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-213-UNA |
| | ) | |
| BAMED AG, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Adam W. Poff and Young Conaway Stargatt & Taylor, LLP on behalf of defendant Bamed AG in the above-captioned matter.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Adam W. Poff
_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
apoff@ycst.com

Attorneys for Defendant

OF COUNSEL:

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: April 22, 2008

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on April 22, 2008, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated:

**BY E-MAIL**

Morris E. Cohen, Esquire
Law Office of Morris E. Cohen, P.C.
1122 Coney Island Avenue, Suite 216-217
Brooklyn, NY 11230
mcohen@ipcases.com

Joseph D. Guerriero
Luv n' care, Ltd
3030 Aurora Avenue
Monroe, LA 71201
joed@luvncare.com

                        YOUNG CONAWAY STARGATT
                              & TAYLOR, LLP

                        Adam W. Poff (No. 3990)
                        apoff@ycst.com
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19899
                        (302) 571-6600