IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUV N' CARE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No, 08-213 SLR |
| | ) | |
| BAMED AG, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of David L. Finger and Finger & Slanina, LLC as counsel for

plaintiff Luv n' care, Ltd. In the above-captioned action.

Dated: May 15, 2008

> /s/ David L. Finger
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766
> Attorney for plaintiff Luv n' care, Ltd.