IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAM BABYARTIKEL GMBH and BAMED AG,<br><br>    Plaintiffs,<br><br>v.<br><br>LUV N' CARE, LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 07-608-SLR<br>)     (cons.)<br>)<br>)<br>) |
| LUV N' CARE, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>BAMED AG,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civ. No. 08-213-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 5th day of June, 2008, having received a joint stipulation from the parties in Civ. No. 07-608-SLR (D.I. 46);

IT IS ORDERED that the stipulation is hereby approved and the above captioned cases shall be consolidated for all purposes. The first filed case, Civ. No. 07-608-SLR, shall be the lead case, meaning that all future filings shall only bear the caption for Civ.

No. 07-608-SLR (with "cons." noted) and shall be filed only in Civ. No. 07-608-SLR.

                                                                                                    _____
                                                                                                     United States District Judge